# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

January 24, 2024

Before

DIANE S. SYKES, *Chief Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 23-1024 | B. D., a minor, by and through his guardian ad litem, BRYAN MYERS, <br><br> Plaintiff - Appellee <br><br> v. <br><br> SAMSUNG SDI CO., LTD., <br><br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:22-cv-00107-JRS-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge James R. Sweeney, II ||

The judgment of the District Court is **REMANDED,** for further jurisdictional discovery. Specifically, the district court should permit discovery about Samsung SDI's contacts with Indiana concerning B.D.'s claimed injuries. This remand is limited to the question of personal jurisdiction and does not independently obligate the district court to consider or reconsider any non-jurisdictional issues.

The above is in accordance with the decision of this court entered on this date. Each side to bear its own costs.

Clerk of Court